People of the State of Illinois, appellee, v. Anna Wagman, appellant. Gen. No. 39,369.

Opinion filed May 3, 1938.

Thomas Marshall and F. L. Fairbank, for appellant. Thomas J. Courtney, State's Attorney, for appellee; Jacob Shamberg, William P. Kearney, Manuel E. Cowen and Neal J. McAuliffe, Assistant State's Attorneys, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.